```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| **RUDOLPH SINGLETARY,** )<br>     Plaintiff,      )<br>                      )<br>     v.               )<br>                      )<br>**BOARD OF REVIEW, et al.,** )<br>     Defendants.     )<br>                      ) | Civil Action No.<br>21-11966-NMG |

## FINAL ORDER OF DISMISSAL

In accordance with the Order dated January 4, 2022, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Date: 1/4/2022                   By the Court,

                                 /s/ Christine Lima
                                 Deputy Clerk